**Appeal No. 22-1322**
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

MARTA SANCHEZ, et al,

*Plaintiffs-Appellants*,

v.

ANTHONY GUZMAN, et al.

*Defendants-Appellees*.

On Appeal from the
United States District Court for the District of Colorado - Denver
(No. 1:19-cv-01871-RMR-MEH) (Hon. Regina V. Rodriguez)

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Robert E. Barnes
Barnes Law
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (310) 510-6211
Email: robertbarnes@barneslawllp.com

*Attorneys for Appellants*

Pursuant to Federal Rules of Appellate Procedure 26 and 27 and Tenth Circuit Rule 27.6, Appellants Marta Sanchez, The Estate of Stephanie Lopez and Dominic Martinez ("Appellants"), hereby respectfully move this Court to extend the present deadline to file their Reply to Appellees' Joint Answer Brief filed March 13, 2023, by fifteen (15) days.

This unopposed motion is supported by the following:

1. Appellants' reply brief is currently due on April 3, 2023. If the Court grants this motion, it will be due on or before April 18, 2023.

2. This is Appellants' second request for an extension of time to file a brief in this appeal. The first time was on November 17, 2022, when Appellants filed an unopposed motion to extend the time to file their opening brief, which was granted by this Court. Appellees' filed an unopposed motion to extend the time to file their Joint Answer Brief, which was also granted by this Court on February 24, 2023.

3. On March 28, 2023, counsel for Appellants conferred with counsel for Appellees, who represented that they do not oppose this motion.

4. Good cause exists for the filing of this motion for the following reasons:

    a. Just over two weeks ago, on March 13, 2023, Appellees' filed a Joint Supplemental Appendix with their Joint Answer Brief, containing 500 pages of documents in support of their arguments on this appeal.

b. On March 21, 2023, Appellees sent via regular mail a flash drive containing exhibits 1-4 to Appellees' Joint Answer Brief.

c. Appellants' counsel requests a mere fifteen (15) days to review the above-described voluminous record in support of Appellees' Joint Answer Brief, in order to prepare a suitable reply brief.

d. Additionally, the underlying civil case is complex, involving no less than seven parties, and extensive evidence, testimony, documents, ESI and briefing presented by all parties in the underlying civil action, which was disposed of by the District Court via summary judgment motion.

DATED: March 28, 2023.

        Barnes Law

        /s/ Robert E. Barnes
        Robert E. Barnes
        700 S. Flower Street, Suite 1000
        Los Angeles, CA 90017
        Telephone: (310) 510-6211
        Email: robertbarnes@barneslawllp.com

*Attorneys for Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it was prepared in 14-point font using a proportionally spaced typeface. The Motion also complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 567 words.

DATED: March 28, 2023

                                                                         s/ Robert E. Barnes
                                                                         ROBERT E. BARNES

## CERTIFICATE OF SERVICE

I, Robert E. Barnes, certify that on November 17, 2022, I served the attached **APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF**, by electronically filing the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Robert E. Barnes
Robert E. Barnes